E-FILED
**Thursday, 02 July, 2026 03:48:27 PM**
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 26-MJ- 7102 |
| | ) | |
| KEVIN BASKIS | ) | |
| | ) | |

*Defendant(s)*

**FILED**
7/2/2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 30, 2026 _____ in the county of _____ Champaign _____ in the _____ Central _____ District of _____ Illinois _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communication of a Threat to Injure |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Andrew M. Huckstadt attached hereto and incorporated herein by reference.

☐ Continued on the attached sheet.

Redacted

_____
*Complainant's signature*

Special Agent Andrew M. Huckstadt, FBI
*Printed name and title*

s/Eric I. Long

Sworn to before me and signed in my presence.

Date: _____ 07/02/2026 _____

_____
*Judge's signature*

City and state: _____ Urbana, Illinois _____

Eric I. Long, United States Magistrate Judge
*Printed name and title*

# A F F I D A V I T

I, Andrew Huckstadt, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), where I have been employed since 2008. As a Special Agent, in accordance with Title 18, United States Code, Section 2510(7), I am a Federal Law Enforcement Officer of the United States, who is empowered by law to conduct investigations of and make arrests for violations of federal law.

2. I have been assigned to the Champaign Resident Agency of the Springfield Division since 2013. Previously, I was assigned to the Memphis Division for approximately five years, totaling over 17 years of experience as a Special Agent. During my tenure with the FBI, I have conducted surveillance, analyzed communication records, drafted search and arrest warrant applications, interviewed witnesses, recruited confidential sources, supervised activities of sources, executed search warrants, and executed arrest warrants. I have also received ongoing on-the-job training from other agents and law enforcement officials. Based upon this experience, I am familiar with investigations involving threats made via online and social media platforms using various digital devices, including cellular telephones and computers, as well as direct threats using cellular telephones.

3. This affidavit is made in support of an arrest warrant and criminal complaint charging Kevin G. Baskis (DOB: 05/25/1989) (hereinafter referred to as

"Baskis") with violation of 18 U.S.C. § 875(c) (Making a Threatening Interstate Communication).

4.  The facts set forth in this affidavit are based on my personal observations, my training and experience, interviews of witnesses, and information obtained from other law enforcement officials on whom I regularly rely. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of an arrest warrant and does not set forth each and every fact I or others have learned during the course of this investigation. If called as a witness to testify, I would testify as follows.

**PROBABLE CAUSE**

5.  Between September 2025 and June 2026, the FBI received information that Baskis had made multiple threatening and harassing communications via online website submissions, social media messages, and cell phone calls directed toward U.S. military personnel and facilities, as well as other government personnel including U.S. politicians. Baskis was enlisted in the U.S. Army for approximately three years from February 2013 to March 2016 under the primary Military Occupational Specialty (MOS) of Military Police. According to his military discharge records, he was involuntarily separated in March 2016 with an Honorable Discharge for "a personality disorder or other mental condition that does not amount to a medical disability."

6.  In September 2025, Baskis made multiple concerning public comments on YouTube videos. Listed below is a sampling of the comments provided by Google LCC pursuant to a voluntary emergency disclosure. The comments were made by

2

YouTube user "Kevin Baskis" with an affiliated e-mail address of baskiskg@gmail.com and telephone number of 915-258-8346. I placed the comments in *bold italics* for ease of reading:

- Comment ID: UgwQ5aIe0fDW4-14U0N4AaABAg

  Comment Date: 2025-09-03 19:46:09 EST

  Video comment was uploaded on:

  https://www.youtube.com/watch?v=7FJaOrxlCt4

  Comment Text: ***I call upon al qaeda to help me I am a Filipino American the blood of Al Qaeda flows through my veins.***

- Comment ID: UgzJfzKj5KKSQNGLzMp4AaABAg

  Comment Date: 2025-09-03 14:03:36 EST

  Video comment was uploaded on:

  https://www.youtube.com/watch?v=d6DeSxBWz0g

  Comment Text: ***The 2,999 victims families are being annihilated and killed off by the Islamic State and Al Qaida. Also by an Ex-US Army Military Policeman who's brother was wrongfully blinded and injured by incompetent military leaders that will be killed off and there families as well. You people are afraid I will make sure of it put to blood lines of your axis piece of shit kind put to the European and here in the USA you fucking pedophile genetic pedophile actuals. YOU WILL ALWAYS DIE OF YOUR ILLNESSES AND BE KILLED ON PURPOSE YOU SATANISTS.***

3

- Comment ID: UgzS22YBARBZVH3IrSN4AaABAg

  Comment Date: 2025-09-03 12:00:11 EST

  Video comment was uploaded on:

  https://www.youtube.com/watch?v=7FJaOrxlCt4

  Comment Text: *Ill take out the leaders and their families at Ft Riley as well and expose there criminals.*

- Comment ID: UgzVy502N_-0z4ea4xx4AaABAg

  Comment Date: 2025-09-01 15:34:22 EST

  Video comment was uploaded on:

  https://www.youtube.com/watch?v=lrnaqpkBmOA

  Comment Text: *I trained with claymore mines ill blow his fucking bitch ass up*

- Comment ID: UgyL-50pYCsZ5g5fsSZ4AaABAg

  Comment Date: 2025-09-01 3:32:06 EST

  Video comment was uploaded on:

  https://www.youtube.com/watch?v=nEoZRzr2wsQ

  Comment Text: *AQ and IS are welcome into the United States of America says this ex veteran of the US Army Military Police Corps because I support toppling a satanistic government that's been infested by axis POS people.*

- Comment ID: UgwgbK-nVkN_ewifFPF4AaABAg

  Comment Date: 2025-09-01 3:25:27 EST

Video comment was uploaded on:

https://www.youtube.com/watch?v=nEoZRzr2wsQ

Comment Text: *Al Qaida Caliphate and the Islamic State in the Northern Americas and Western Europe declare a war against these peoples families that being the US Government and UN. For its links to pedophiles and Nazism ideology of Satanism, its continued support of shaming Islam with niggerdom put to all its filthy rapists and pedophile a rampant just the same. My brother is an injured war veteran of the Iraq War I ain't give a shit about any corrupt dumbass people that ain't function for shit of anything when my brother is wrongfully injured by incompetent leaders that dont function for shit of anything. I am working my way into government by the bullet by the edge blade be afraid politicians and your families. I have already threatened police and there families within my Illinois State at the Champaign County Satellite jail. I will never stop to preach the truth and reveal the truth put to history of a righteous and just put to GODS WILL 24 years ago which what was carried out by the bloods of my people that being Al Qaida to topple the satanism and the unjustly demonics of this world.*

- Comment ID: Ugwjbo2GzGfx6zG6zIR4AaABAg

  Comment Date: 2025-09-01 2:51:26 EST

  Video comment was uploaded on:

  https://www.youtube.com/watch?v=lU9THDZ2S5k

Comment Text: *Al Qaida blood flows through my veins we will be the ones to topple the US government in restablish sharia law.*

- Comment ID: UgwU9S37JqD877ruiEx4AaABAg

  Comment Date: 2025-09-01 2:38:06 EST

  Video comment was uploaded on:

  https://www.youtube.com/watch?v=lJeulSsIijQ

  Comment Text: *Snuff these Satanists out put to Al Qaida and the Islamic State working its way into the US Government as well as my allegiance to Al Qaida and Islamic State. I will take out these police members families as well as any links of there blood in the blood of their politicians.*

7. The above comments were made by the YouTube channel https://www.youtube.com/channel/ UCEpyCIPvNiCUo4v67ZS77eg, which is owned by the e-mail account baskiskg@gmail.com.

8. FBI Springfield Division fully identified Baskis as Kevin Geoffrey Baskis, date of birth (DOB): 05/25/1989, of 1733 Gleason Dr, Rantoul, IL 61866 ("PREMISES"). Baskis's name, DOB, and home address were confirmed in law enforcement and Illinois Secretary of State databases.

9. Upon receipt of above information, FBI Springfield attempted to interview Baskis at PREMISES, but he did not answer the door. The interviewing Agent observed a white Ford Escape bearing Illinois license plate FG19568 and registered to Baskis parked in the driveway of PREMISES. The interviewing Agent

6

could also hear activity inside of PREMISES and left a business card with contact information at the front door, but Baskis never replied.

10. FBI Springfield subsequently interviewed multiple relatives of Baskis, including his brother M.B., who advised that Baskis had been diagnosed with paranoid schizophrenia and had been known to make concerning and sometimes violent statements when he was off his medication.

11. FBI Springfield also coordinated with Rantoul Police Department, who advised that they had encountered Baskis on several occasions and knew him to have a mental health history. On the evening of September 9, 2025, a white male believed to be Baskis drove by officers in the aforementioned white Ford Escape. The driver yelled from the vehicle as he approached the officers and pointed "finger guns" at them (making a motion as if he were firing at the officers) and continued yelling as he passed by the officers' location.

12. In March 2026, Baskis sent threatening messages to M.R., whom he served together with in the U.S. Army, via Facebook Messenger. Baskis used his Facebook account with display name "Kevin Baskis" and UID 100008455959848 to send the messages. Baskis's messages to M.R. included the following, which I placed in ***bold italics*** below:

- ***I'll bring a war here to this country with al-Qaida in the northern Americans and kill your ass***

7

- *you fucking pedophile. Enjoy your shit benefits I'll take them from you. Your career don't mean shit along with your bitch lawyer you piece of shit scum leadership.*

- *I'll kill your family. Think that I joke, you gonna die pedophile don't ever fly to the [name redacted] family*

13. From March 2026 to May 2026, Baskis sent threatening messages to the Fort Bragg Public Affairs Office via a submission form on their website. Baskis provided baskiskg@gmail.com as his e-mail address for any responses. Fort Bragg is a U.S. Army installation in North Carolina. The messages included the following, which I placed in **bold italics** below:

- ***Dont worry I will take over your base with a paramilitary put to Al Qaida a military religious order against the satanists within. Don't ignore my message or I will bring it to the attention of the media.***

- ***The [name redacted] will never move up in rank I'll destroy your families reputation. I'll destroy your white supremacists of a piece of shit family. Remove these sexual misconduct scum bags or i will take it to the media and threaten ur families put to that post.***

- ***close fort Bragg or i will further declare a war with the usa. I dont give a shit about satanists I'll put all your Pedophile leadership and lower enlisted rank to shit shame. I like that your president is a POS. I am ex-military police try to take my benefits away i will track you down and***

> *execute your ass put to my righteous and just fight against you dumbass corrupt POS.*

14. In early June 2026, Baskis sent harassing messages via Facebook Messenger to the Fort Riley Military Police Facebook page using his aforementioned Facebook account. Fort Riley is a major U.S. Army installation in northeastern Kansas. Baskis's messages to Fort Riley included the following, which I placed in **bold italics** below:

- ***Remove the Military Police Corps from Fort Riley***
- ***Or I will contact proper investigators with firearms to take control of your base***
- ***You are satanist I will challenge you put to your corruption that extends back 20+ put September 11, 2001***
- ***I don't care for fucking piece of shit Sgt. [name redacted] thats a bitch man of lying sack shit back of satanists Korean/white subhuman***
- ***enjoy being a fucking loser based on lies of a piece of shit Military Police Corps***
- ***I love your Provost Marshall I will taunt your families you satanists!***

15. Based on information provided by the Fort Riley Police Department, Baskis served in Germany with the Sergeant (Sgt.) he referenced in the message above. The Sgt. told an investigator at the police department that he knew Baskis and had received a threatening message on Facebook from Baskis about a year prior in which Baskis stated he was going to cut his head off.

9

16.     On June 30, 2026, Google LLC provided the following account/subscriber information for e-mail account baskiskg@gmail.com pursuant to a federal grand jury subpoena:

- Name: Kevin Baskis

- Recovery SMS: 915-258-8346

- 2-Step Verification Phone Number: 915-258-8346

- Last Updated Date: 2026-06-29 17:46:08 Z

17.     Google LCC also provided the following information regarding the Google Pay account affiliated with baskiskg@gmail.com:

- Recipient Name: Kevin Geoffrey Baskis

- Postal Address (created on 2026-02-04 16:38:51 UTC): 1733 Gleason Dr, Rantoul, IL 61866

- Phone Number Saved to Address: 915-258-8346

18.     On June 29, 2026, at approximately 2:47 p.m., Baskis placed an approximately 27 second call to the Fort Bliss dispatch phone number (915-744-2115) using telephone number 915-258-8346. Fort Bliss is a large U.S. Army installation headquartered in El Paso, TX. During the call, Baskis claimed to be affiliated with Al-Qaeda in Iraq, declared war against Fort Bliss and its leadership, and threatened to decapitate them and their families.

19.     On June 30, 2026, at approximately 11:14 a.m., Baskis placed an approximately four minute and one second call to the Fort Bliss dispatch phone number (915-744-2115) using telephone number 915-258-8346. During the call, Baskis

stated his full name (Kevin Baskis), again claimed to be affiliated with Al-Qaeda, and made further threats to attack Fort Bliss personnel and their families with IEDs (Improvised Explosive Devices) as well as an assault rifle, M-9 pistol, and knives. Baskis used threatening and vulgar language throughout both calls to Fort Bliss, which were recorded. I listened to both recordings to verify the nature of the threats.

20.    Fort Bliss investigators subsequently coordinated with Rantoul Police Department and requested geolocation information for the cell phone using call number 915-258-8346 from T-Mobile under exigent circumstances. Fort Bliss investigators received location data for the phone from T-Mobile starting on the afternoon of June 30, 2026, which placed the phone in Rantoul, IL in an area consistent with the location of PREMISES.

21.    On the afternoon of June 30, 2026, Rantoul Police Department officers made contact with Baskis at PREMISES under the guise of a general welfare check. Baskis spoke with the officers about unrelated matters and did not make any threats toward anyone at that time.

22.    On the afternoon of July 1, 2026, a federal search warrant for PREMISES was issued by this Court for which I served as the affiant. FBI Springfield subsequently executed the warrant and seized multiple items of evidence, including a blue Apple iPhone 13 Pro (model: A2483, serial number: YH12WVP9Q9) with call number 915-258-8346 that Baskis used to make the threatening calls to Fort Bliss on June 29 and June 30, 2026. I reviewed the call logs from the phone while on scene, which confirmed that Baskis placed the calls to the Fort Bliss dispatch phone number

11

(915-744-2115) on June 29 and 30, 2026. During a post-Miranda interview at the Rantoul Police Department the same afternoon, Baskis confirmed that the phone belonged to him and that he made the threatening calls to Fort Bliss. Baskis also confirmed that baskiskg@gmail.com was his e-mail address, and that he had made other threats to military installations and personnel due to grievances for how he perceived he and his brother (who was injured in combat) were treated by the military.

23.     Following the interview, Baskis was taken into custody and transported to the Ford County Jail.

## CONCLUSION

24.     Based on the above, I submit that this affidavit supports probable cause for an arrest warrant and criminal complaint charging Baskis with violation of 18 U.S.C. § 875(c) (Making a Threatening Interstate Communication).

Respectfully submitted,

Redacted

_____
Andrew M. Huckstadt
Special Agent
Federal Bureau of Investigation

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed.R.Crim.P.4.1. on this ___ day of July 2026.

s/Eric I. Long

_____
Honorable Eric I. Long
United States Magistrate Judge

12