E-FILED
Wednesday, 08 July, 2026  10:33:04 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

FILED

JUL 0 7 2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 26-CR-200 32 |
| | ) | |
| KEVIN G. BASKIS, | ) | Title 18, United States Code, |
| | ) | Section 875(c). |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
**(Making a Threatening Interstate Communication)**

**THE GRAND JURY CHARGES:**

On or about June 29, 2026, in Champaign County, in the Central District of Illinois, and elsewhere,

**KEVIN G. BASKIS,**

defendant herein, knowingly and recklessly transmitted in interstate commerce a communication, namely, a phone call from Rantoul, Illinois to El Paso, Texas, containing a threat to injure United States Army personnel and their families stationed at Fort Bliss.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Making a Threatening Interstate Communication)

**THE GRAND JURY CHARGES:**

On or about June 30, 2026, in Champaign County, in the Central District of Illinois, and elsewhere,

**KEVIN G. BASKIS,**

defendant herein, knowingly and recklessly transmitted in interstate commerce a communication, namely, a phone call from Rantoul, Illinois to El Paso, Texas, containing a threat to injure U.S. Army personnel and their families stationed at Fort Bliss.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Redacted
_____
FOREPERSON

Redacted
_____
GREGORY M. GILMORE
United States Attorney
ELM

2